Jack W. Crisman, et al., Plaintiffs-Appellees, v. John
Hennes, et al., Defendants-Appellants.

Gen. No. 64-80-M. 

Third District.

June 9, 1965.

Rehearing denied June 30, 1965.

Reidy, Katz, McAndrews, Durkee & Telleen, of Rock Island (Bruce
L. Balch, of counsel), for appellants; Winter & O'Toole, of Rock
Island (Robert L. Winter, of counsel), for appellees. Opinion by
PRESIDING JUSTICE ALLOY. Not to be published in full.